**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 13-00391-VAP (DTBx)                               Date:  May 23, 2014

Title:   ROSE STONE ENTERPRISES, A CALIFORNIA CORPORATION -v- ALTAIRE PHARMACEUTICALS, INC., A NEW YORK CORPORATION, AND DOES 1 THROUGH 10, INCLUSIVE

===============================================================
PRESENT:       HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

     Marva Dillard                                   None Present
     Courtroom Deputy                         Court Reporter

ATTORNEYS PRESENT FOR                             ATTORNEYS PRESENT FOR
PLAINTIFFS:                                       DEFENDANTS:

  None                                              None

PROCEEDINGS:       MINUTE ORDER (1) LIFTING STAY AND (2) ORDERING PLAINTIFF TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE (IN CHAMBERS)

     On April 24, 2013, the Court denied Defendant Altaire Pharmaceuticals's ("Altaire") motion to dismiss and stayed this action pending the outcome of a pending motion in an action filed in the Eastern District of New York, <u>Altaire Pharmaceuticals, Inc. v. Rose Stone Enterprises, et al.</u>, No. 13-CV- 4373 (JFW)(WDW).  (<u>See</u> Doc. No. 24.)  On December 11, 2013, Altaire filed a notice of ruling in the related action which found that the New York district court had subject matter jurisdiction over that action.  (Doc. No. 25.)  The next day, Plaintiff Rose

EDCV 13-00391-VAP (DTBx)
ROSE STONE ENTERPRISES, A CALIFORNIA CORPORATION v. ALTAIRE PHARMACEUTICALS, INC., A NEW YORK CORPORATION, AND DOES 1 THROUGH 10, INCLUSIVE
MINUTE ORDER of May 23, 2014

Stone Enterprises filed a response, stating that it assented to lifting the stay in this action and transferring this action to the Eastern District of New York for consolidation.

Since then, the parties have not filed a stipulation or motion for transfer. Accordingly, the Court LIFTS the stay in this action and ORDERS Plaintiff to show cause in writing, not later than May 29, 2014, why this action should not be dismissed for failure to prosecute.

Plaintiff may discharge this order by filing a stipulation to transfer or a notice of dismissal by May 29, 2014 or a motion to transfer by June 2, 2014. Failure to file a timely response to this Order to Show Cause will result in the dismissal of this action.

**IT IS SO ORDERED.**